UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:  
Waverly Montique Williams, II  
    Debtor(s)

BCN#: 12-74729/SCS  
Chapter: 13

US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 or present noteholder,  
    Movant/Secured Creditor,  
v.  
Waverly Montique Williams, II  
    Debtor(s)  
and  
R. Clinton Stackhouse, Jr.  
    Trustee  
    Respondents

NOTICE OF MOTION (OR OBJECTION)

US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 has filed papers with the court to request an order allowing a late claim.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before July 05, 2013, you or your attorney must:

Susan C. Meyer, Esquire  
VSB #43445  
SHAPIRO BROWN & ALT, LLP ATTORNEY FOR  
US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1  
236 CLEARFIELD AVENUE, SUITE 215  
VIRGINIA BEACH, VIRGINIA 23462  
(757) 687-8777   12-230323

File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above.

        U.S. Bankruptcy Court
        600 Granby Street
        Suite 400
        Norfolk, VA 23510

You must also mail a copy to:

        Susan C. Meyer, Esquire
        SHAPIRO BROWN & ALT, LLP
        236 CLEARFIELD AVENUE, SUITE 215
        VIRGINIA BEACH, VIRGINIA 23462
        (757) 687-8777

O    Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

12-230323

Dated: 06/14/2013        SHAPIRO BROWN & ALT, LLP
        Attorneys for US Bank National Association, as Trustee for
        Structured Asset Securities Corporation, Mortgage Pass-Through
        Certificates, Series 2006-EQ1


        By: /s/ Susan C. Meyer
        Susan C. Meyer, Esquire
        Shapiro Brown & Alt, LLP
        236 Clearfield Avenue, Suite 215
        Virginia Beach, Virginia 23462
        (757) 687-8777


Susan C. Meyer, Esquire
VSB #43445
SHAPIRO BROWN & ALT, LLP ATTORNEY FOR
US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VIRGINIA 23462
(757) 687-8777  12-230323

## CERTIFICATE OF SERVICE

I certify that I have this 14th. day of June, 2013, electronically transmitted and/or mailed by first class mail, postage pre-paid or hand-delivered a true copy of the foregoing Notice of Motion to the following:

Amber L. Quick
The Law Offices of Steve C. Taylor
133 Mount Pleasant Road
Chesapeake, VA 23322

R. Clinton Stackhouse, Jr.
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, VA 23435

Waverly Montique Williams, II
205 Woodhaven Drive
Suffolk, VA 23435

Patrice Williams
205 Woodhaven Drive
Suffolk, VA 23435

ALL CREDITORS ON THE
MAILING MATRIX

/s/ Susan C. Meyer
Susan C. Meyer, Esquire

Susan C. Meyer, Esquire
VSB #43445
SHAPIRO BROWN & ALT, LLP ATTORNEY FOR
US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VIRGINIA 23462
(757) 687-8777  12-230323

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:  
Waverly Montique Williams, II  
    Debtor(s)

BCN#: 12-74729/SCS  
Chapter: 13

US Bank National Association, as Trustee  
for Structured Asset Securities Corporation,  
Mortgage Pass-Through Certificates, Series  
2006-EQ1  
or present noteholder,  
    Movant/Secured Creditor,  
v.  
Waverly Montique Williams, II  
    Debtor(s)  
and  
R. Clinton Stackhouse, Jr.  
    Trustee  
    Respondents

## MOTION TO ALLOW THE FILING OF A LATE PROOF OF CLAIM

COMES NOW, US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 (hereinafter US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1), by counsel, and for its Motion to Allow Late Claim respectfully represents as follows:

1. That this Court has jurisdiction to determine this matter pursuant to 28 U.S.C.§ 1334, 11 U.S.C. §501, 11 U.S.C. §502, and Federal Rules of Bankruptcy Procedure, Rule 3002;

2. The captioned debtors filed this bankruptcy petition on November 8, 2012;

3. The claims deadline for the filing of proof of claims was March 11, 2013;

4. US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 is the holder of a promissory note secured by a deed of trust on the debtors' real property located at 205 Woodhaven Drive, Suffolk, VA 23435;

Susan C. Meyer, Esquire  
VSB #43445  
SHAPIRO BROWN & ALT, LLP ATTORNEY FOR  
US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1  
236 CLEARFIELD AVENUE, SUITE 215  
VIRGINIA BEACH, VIRGINIA 23462  
(757) 687-8777  12-230323

5. US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 is owed prepetition arrearages in the amount of $17,098.56, but inadvertently failed to file a proof of claim within the time allowed..

6. The Debtor's Chapter 13 Plan was confirmed on January 29, 2013, which plan provides for payment to US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 in the amount of $14,000.00, without interest.

7. Denial of the allowance of this claim will severely prejudice both the Debtor and US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1, whereas allowance of the claim will affect no creditor as the claim was already provided for in the plan.

WHEREFORE, US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 respectfully MOVES this Court to allow its claim as though it were filed timely and for such other and further relief as may seem meet and proper.

Respectfully submitted,

US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1

Dated: 06/14/2013

By: /s/ Susan C. Meyer
    Of Counsel

Susan C. Meyer, Esquire
VSB #43445
SHAPIRO BROWN & ALT, LLP ATTORNEY FOR
US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VIRGINIA 23462
(757) 687-8777  12-230323

I certify that I have electronically transmitted and/or mailed true copies of the above Motion, by First Class Mail, postage prepaid on this 14th. day of June, 2013 to the following:

Amber L. Quick
The Law Offices of Steve C. Taylor
133 Mount Pleasant Road
Chesapeake, VA 23322

R. Clinton Stackhouse, Jr.
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, VA 23435

Waverly Montique Williams, II
205 Woodhaven Drive
Suffolk, VA 23435

Patrice Williams
205 Woodhaven Drive
Suffolk, VA 23435

ALL CREDITORS ON THE
MAILING MATRIX

                                       /s/ Susan C. Meyer
                                       Susan C. Meyer, Esquire

12-230323

Susan C. Meyer, Esquire
VSB #43445
SHAPIRO BROWN & ALT, LLP ATTORNEY FOR
US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VIRGINIA 23462
(757) 687-8777   12-230323

```
Label Matrix for local noticing          US Bank National Association, as Trustee for   United States Bankruptcy Court
0422-2                                   236 CLEARFIELD AVE SUITE 215                   600 Granby St., Room 400
Case 12-74729-SCS                        VIRGINIA BEACH, VA 23462-1893                  Norfolk, VA 23510-1915
Eastern District of Virginia
Norfolk
Wed Jun 12 13:42:32 EDT 2013

(p)WELLS FARGO BANK NA                   BAC Home Loans Servicing                       CHKD
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING  450 American Street                       601 Childrens Lane
ATTN BANKRUPTCY DEPT MAC X7801-014        Simi Valley, CA 93065-6285                    Norfolk, VA 23507-1971
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203


CSG Nephrology                           Charter Communication                          Charter Communications
CHKD                                     216 Moore Avenue                               Attention: Cash Management
601 Children's Lane                      Suffolk, VA 23434-3863                         279 Trowbridge Dr
Norfolk, VA 23507-1971                                                                  Fond Du Lac, WI 54937-9180


Convergent Outsourcing                   Credit Control Corp.                           Credit Management
800 SW 39th Street                       11821 Rock Landing Dr.                         17070 Dallas Parkway
Renton, WA 98057-4975                    Newport News, VA 23606-4207                    Dallas, TX 75248-1950


EVMS                                     Emporia Credit Services                        Medical Center Radiologist
Health Services                          326 S. Main Street                             P O Box 37
P.O. Box 936                             Emporia, VA 23847-2028                         Indianapolis, IN 46206-0037
Norfolk, VA 23501-0936


Security Collection Agency               Shapiro Brown & Alt, LLP                       Sprint
P.O. Box 910                             236 Clearfield Ave, Suite 215                  P.O. Box 8077
Edenton, NC 27932-0910                   Virginia Beach, VA 23462-1893                  London, KY 40742-8077


(p)SPRINT NEXTEL CORRESPONDENCE          The Bank of New York Mellon                    U.S. Bank National Association
ATTN BANKRUPTCY DEPT                     c/o Bank of America, N.A.                      c/o Shapiro, Brown & Alt
PO BOX 7949                              c/o BWW Law Group, LLC                         236 Clearfield Ave, Ste 215
OVERLAND PARK KS 66207-0949              Attn: Bankruptcy Dept.                         Virginia Beach, VA 23462-1893
                                         8100 Three Chopt Road, Suite 240
                                         Richmond, VA 23229-4833

Woodlands of Nansemond                   Woodlands of Nansemond Owners Association      Amber L. Quick
403 Berry Ridge Lane                     c/o United Property Associates                 The Law Offices of Steve C. Taylor
Suffolk, VA 23435-3252                   525 S Independence Blvd, Suite 200             133 Mt. Pleasant Road
                                         Virginia Beach VA 23452-1189                   Chesapeake, VA 23322-4156


R. Clinton Stackhouse Jr.                Steve C. Taylor                                Waverly Montique Williams II
Chapter 12/13 Trustee                    Law Offices of Steve C. Taylor, P.C.           205 Woodhaven Drive
7021 Harbour View Boulevard              133 Mt. Pleasant Road                          Suffolk, VA 23435-3264
Suite 101                                Chesapeake, VA 23322-4156
Suffolk, VA 23435-2869
```

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

America's Servicing
8480 Stagecoach Cir
Frederick, MD 21701-4747

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26