IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:  
WAVERLY MONTIQUE WILLIAMS, II,

      Debtor.

Case No. 12-74729-SCS  
Chapter 13

**CONSENT ORDER SETTLING MOTION TO DISMISS
FOR FAILURE TO MAKE PAYMENTS**

THIS MATTER CAME to be heard upon the Motion for Dismissal for Failure to Make Payments filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

It is **ORDERED** the Trustee's Motion to Dismiss for Failure to Make Payments is **SETTLED**. Waverly Montique Williams, II (the "Debtor") shall cure his plan payment arrearage in the amount of $1,352.00, calculated through June, 2013 as follows: The Debtor shall make his regular monthly plan payment for the month of July, 2013 and each month thereafter as it becomes due.

It is **FURTHER ORDERED** that the Debtor will make a lump sum payment of $674.00 on or before July 3, 2013, with said source cure funds being money the Debtors saved to make the regular monthly plan payments.

It is **FURTHER ORDERED** that the Debtor will make another lump sum payment of $678.00 on or before July 30, 2013, with said source of cure funds being from the Debtor's 2012 tax refunds.

R. Clinton Stackhouse, Jr.  VSB No. 19358  
Chapter 13 Trustee  
7021 Harbour View Blvd., Suite 101  
Suffolk, VA 23435  
(757) 333-4000 -Telephone  
(757) 333-3434 - Facsimile

It is **FURTHER ORDERED** that the Debtor will provide the Trustee with copies of his federal and state tax returns on or before May 15 of each year for the remainder of the Plan.

It is **FURTHER ORDERED** if the Debtor fails to comply with the terms of this Consent Order, or fall more than thirty (30) days in arrears for the remainder of the plan term, an Order of Dismissal may be filed with and entered by this Court without further hearing; and

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached copy list.

Entered at Norfolk _____ day of  Jul 8 2013 _____, 2013.

/s/ Frank J. Santoro
_____

JUDGE

Notice of entry of Order or Judgment   Jul 9 2013 _____

I ASK FOR THIS:

*/s/ Kelly M. Barnhart for R. Clinton Stackhouse, Jr.*
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

AGREED:

*/s/ Ashley Tucker for Amber L. Quick*

_____-
Amber L. Quick, Esquire
Counsel for Debtor

### LOCAL RULE 9022-1 CERTIFICATE

     I hereby certify that in accordance with Local Rule 9002-1, this Order has been endorsed by all parties.

*/s/ Kelly M. Barnhart for R. Clinton Stackhouse, Jr.*

_____

Copy List:

Waverly Montique Williams, II
205 Woodhaven Drive
Suffolk, VA 23435

Amber L. Quick, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile