# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| In Re: | Waverly Montique Williams, II | Chapter 13 |
| | | Case No.: 12-74729-SCS |
| Debtor(s) | | |
| | SSN:   XXX-XX-4279 | |

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of R. Clinton Stackhouse, Jr., Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| | America'S Servicing<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Mortgage |
| 3/3-2 | Bank Of America, Na<br>Po Box 660933<br>Dallas, TX 75266 | 19-Dec-2012 | $0.00 | 0.00<br>"No Interest" | Surrender |
| | Chkd<br>601 Childrens Lane<br>Norfolk, VA 23507 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Csg Nephrology<br>Chkd<br>601 Children'S Lane<br>Norfolk, VA 23507 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Charter Communication<br>216 Moore Avenue<br>Suffolk, VA 23434 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 2 | Sprint Nextel - Distributions<br>Attn: Bankruptcy Dept<br>Po Box 3326<br>Englewood, CO 80155-3326 | 05-Dec-2012 | $611.34 | 0.00<br>"No Interest" | Unsecured |
| | Credit Control Corp.<br>11821 Rock Landing Dr.<br>Newport News, VA 23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Credit Management<br>17070 Dallas Parkway<br>Dallas, TX 75248 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Evms<br>Health Services<br>P.O. Box 936<br>Norfolk, VA 23501 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| | Emporia Credit Services<br>326 S. Main Street<br>Emporia, VA 23847 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Medical Center Radiologist<br>P O Box 37<br>Indianapolis, IN 46206 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Security Collection Agency<br>P.O. Box 910<br>Edenton, NC 27932-0910 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Shapiro Brown & Alt, Llp<br>236 Clearfield Avenue, Suite 215<br>Virginia Beach, VA 23462 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Sprint<br>P.O. Box 8077<br>London, KY 40742 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | U.S. Bank National Association<br>C/O Shapiro, Brown & Alt<br>236 Clearfield Ave, Ste 215<br>Virginia Beach, VA 23462 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Woodlands Of Nansemond<br>403 Berry Ridge Lane<br>Suffolk, VA 23435 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Priority |
| | Susan C. Meyer, Esquire<br>Shapiro Brown & Alt, Llp<br>236 Clearfield Ave. Ste 215<br>Virginia Beach, VA 23462 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 1 | Charter Communications<br>Attn: Cash Management<br>279 Trowbridge Dr.<br>Fond Du Lac, WI 54937 | 16-Nov-2012 | $289.51 | 0.00<br>"No Interest" | Unsecured |
| | Charter Communications<br>Attn: Cash Management<br>4670 E Fulton, Ste 102<br>Ada, MI 49301 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park, KS 66207-0949 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Bank Of America<br>C/O Bww Law Group<br>8100 Three Chopt Road, Suite 240<br>Richmond, VA 23229 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 4 | Woodlands Of Nansemond Owners<br>Association<br>C/O United Property Associates<br>525 S Independence Blvd, Ste 200<br>Virginia Beach, VA 23452 | 12-Feb-2013 | $320.00 | 0.00<br>"No Interest" | Unsecured |

    WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Thursday, July 25, 2013
12-74729-SCS

                         /s/ R. Clinton Stackhouse, Jr.
                         R. Clinton Stackhouse, Jr.
                         Chapter 13 Trustee

## Certificate of Service

    I hereby certify that on July 25, 2013, I have transmitted a true copy of the foregoing Notice and Motion to Allow Claims with the clerk using the CM/ECF system, which will then send electronic notification of such filing to Amber L. Quick, counsel for the Debtor(s), and that a true copy was mailed, first-class mail, postage prepaid to the Debtor(s) Waverly Montique Williams, II, 205 Woodhaven Drive, Suffolk, VA, 23435, and to all creditors listed in the Motion.

                         /s/ R. Clinton Stackhouse, Jr.
                         R. Clinton Stackhouse, Jr.
                         Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In Re:    Waverly Montique Williams, II                                                                                    Chapter 13
                                                                                                           Case No.:  12-74729-SCS

Debtor(s)

    SSN:    XXX-XX-4279

## ORDER APPROVING CLAIMS

Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other affected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to R. Clinton Stackhouse, Jr., Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, Virginia 23435, the attorney for the debtor(s) and the debtor(s).

Dated:_____                    _____
                                                                                                                                Judge


                                                                                                    _____
                                                                                                    Entry of Judgement or Order


R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000